JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1988

PATRICIA D. ___
CLERK OF THE ___

DOCKET NO. 775

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REPUBLIC OF CHINA CIVILIAN AMMUNITION PRODUCTS LIABILITY LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of two actions pending in two federal districts: one action each in the District of Alaska and the Eastern District of California. Before the Panel is a motion to transfer the Alaska action to the Eastern District of California, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings with the action pending there. The Section 1407 movants are four parties that are defendants in the Alaska action and the plaintiffs in the California action. One other defendant in the California action states that it does not oppose transfer. Plaintiff in the Alaska action, as well as six defendants in the California action (two of these parties are also defendants in the Alaska action), oppose transfer.

On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact that may be involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

1/ The parties to these actions waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

SCHEDULE A

MDL-775 -- In re Republic of China Civilian Ammunition Products Liability Litigation

District of Alaska

Steve D. Swibold v. The Republic of China, et al., C.A. No. F-87-33-CIV

Eastern District of California

Edward L. Faust, et al. v. Government of the Republic of China, et al., C.A. No. CIV-S-86-1020-EJG (EM)